PER CURIAM.
 

 The issue is whether appellants, the defendants below, can recover attorney’s fees based upon proposals of settlement conditioned upon acceptance of both plaintiffs. The trial court found the proposals invalid, relying on
 
 Attorneys’ Title Insurance Fund, Inc. v. Gorka,
 
 989 So.2d 1210 (Fla. 2d DCA 2008). While this appeal was pending, the supreme court approved the Second District’s decision, holding that “a joint offer of settlement or judgment that is conditioned on the mutual acceptance of all of the joint offerees ... is invalid and unenforceable because it is conditioned such that neither offeree can independently evaluate or settle his or her respective claim by accepting the proposal.”
 
 Attorneys’ Title Ins. Fund, Inc. v. Gorka,
 
 — So.3d - (Fla.2010). Pursuant to
 
 Gorka,
 
 we affirm the order denying appellants’ motion for attorney’s fees.
 

 Affirmed.
 

 WARNER, DAMOORGIAN, and LEVINE, JJ., concur.